In the Matter of the Claim of DOMENICO PUSTERIO, Respondent, against STAR SHOW CASE CO., INC., et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Argued June 2, 1930; decided June 13, 1930.)

*Dickinson S. Talley* for appellants.

*Hamilton Ward, Attorney-General* (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.